UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

JOSE ARIEL MONEGRO-REYES et al.,

Defendant.

26 Cr. 202 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

The arraignments of Defendants Jose Ariel Monegro-Reyes and Dionel Antonio

Vasquez-Hidalgo will be conducted on **Monday, June 1**, at **3:30 p.m.** in Courtroom 12B, 500

Pearl Street, New York, NY 10007.  Immediately following the arraignments, an initial

conference will be held.

At the conference, the Government shall recite the procedural history of this case, outline

the nature of the evidence it intends to offer at any trial, and propose a schedule for the

production of discovery materials.  Counsel for the parties shall consult in advance to agree, if

possible, on a schedule for motions and the exchange of expert statements.

SO ORDERED.

Dated:  May 29, 2026
        New York, New York

JENNIFER H. REARDEN
United States District Judge