SHER TREMONTE LLP

September 2, 2026

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** ***United States v. Monegro Reyes***, 1:26-CR-00202 (JHR) (S.D.N.Y.)

Dear Judge Rearden:

We represent Jose Ariel Monegro-Reyes in the above-referenced matter and write to respectfully request, with the consent of all parties, an adjournment of the conference currently scheduled for September 10, 2026.

This is the parties' first adjournment request and there are no other case deadlines currently set. We have conferred with AUSA Joseph Zabel and counsel for defendant Dionel Antonio Vasquez-Hidalgo, Mr. Keith White, and both advised that they consent to this request. We are currently reviewing voluminous discovery, including materials in Spanish that need to be interpreted, and a modest adjournment would enable us to be better positioned to update the Court on the status of the case.

Should it be convenient for the Court, all parties are available to appear for the conference on September 22 and September 23, 2026.

We appreciate the Court's consideration.

Respectfully submitted,

/s/ *Raphael A. Friedman*
Raphael A. Friedman

SHER TREMONTE LLP

Application GRANTED. The status conference scheduled for September 10, 2026 at 3:00 p.m. is hereby adjourned to **September 23, 2026** at **3:30 p.m.** The parties shall confer and file a joint letter forthwith stating their position on excluding time through that date. The Clerk of Court is directed to terminate ECF No. 22.

SO ORDERED.

Jennifer H. Rearden
Jennifer H. Rearden, U.S.D.J.
Dated: September 3, 2026