**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 3, 2026

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Jose Ariel Monegro Reyes, et al.*, 26 Cr. 202 (JHR)**

The Government writes jointly with counsel for defendants Jose Ariel Monegro-Reyes and Dionel Antonio Vasquez-Hidalgo, pursuant to the Court's September 3, 2026 order, to state the parties' position on the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The parties jointly request that the Court exclude time under the Speedy Trial Act through September 23, 2026—the date of the adjourned status conference. As previously noted, defense counsel are in the process of reviewing voluminous discovery, including materials in Spanish requiring interpretation. The parties agree that the ends of justice served by excluding this time outweigh the interests of the public and the defendants in a speedy trial, because the additional time will allow defense counsel to adequately review discovery, confer with their clients, consider a potential pre-trial resolution, and will promote effective preparation.

Accordingly, the parties respectfully request that the Court exclude time under the Speedy Trial Act through September 23, 2026.

Application GRANTED. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court hereby excludes time through September 23, 2026 to allow the parties time to review discovery, confer with their clients, and consider a potential pre-trial resolution. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendants in a speedy trial. The Clerk of Court is directed to terminate ECF No. 24.

SO ORDERED.

Jennifer H. Rearden
Jennifer H. Rearden, U.S.D.J.
Dated: September 4, 2026

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
Joe Zabel
Assistant United States Attorney
Southern District of New York
(212) 637-1559